**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROSEANNA DANLEY,**

    **Plaintiff,**

v.                                                  Case No.  8:07-CV-1609-T-30EAJ

**WORLD DINING TAMPA, LLC and**
**JOSEPH C. MOULTON,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment and Incorporated Memorandum of Law (Dkt. #12). The Clerk entered a default against Defendant World Dining on November 7, 2007, pursuant to Fed. R. Civ. P. 55(b) for failure to plead or otherwise defend as provided in the rules governing civil actions. Defendant World Dining has not filed in opposition to Plaintiff's motion. Having considered the record and being otherwise advised in the premises, the Court determines that the Motion should be granted.

It is, therefore, ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. #12) is GRANTED.

   2.   The **Clerk** shall enter final judgment in favor of Plaintiff against Defendants World Dining Tampa, LLC, and Joseph C. Moulton, jointly and severally, in the amount of $476.10.

   **DONE** and **ORDERED** in Tampa, Florida on December 18, 2007.

                                        _____
                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1609 Grant Final Judgment Default.wpd